# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DENORVELL J. HUNTER                                    PLAINTIFF

v.                            No. 4:25-cv-944-DPM

DOLLAR GENERAL CORPORATION                      DEFENDANT

## ORDER

1.    Hunter's application to proceed *in forma pauperis*, *Doc. 1*, is granted.  He reports living on limited income and three dependents.

2.    The Court must screen Hunter's complaint, *Doc. 2*. 28 U.S.C. § 1915(e)(2).   He says he suffered employment discrimination in violation of the Americans with Disabilities Act and Title VII because of his "status as a veteran and protected individual."   *Doc. 2*. Hunter says he was fired after filing his Equal Employment Opportunity Commission charge.   While he helpfully attaches the EEOC right-to-sue letter, he did not attach his charge of discrimination. Hunter gives no other details.

The Court needs more information to evaluate his case. For example, Hunter hasn't identified his protected status, his job, his disability, or how and by whom he was discriminated against.  He hasn't explained what accommodations he needed under the ADA, either.

3.      Hunter must file an amended complaint with more details by 27 October 2025.  If he doesn't, the Court will dismiss his case without prejudice.  LOCAL RULE 5.5(c)(2).

So Ordered.

_W.P. Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_24 September 2025_