# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DENORVELL J. HUNTER**  PLAINTIFF

v.  No. 4:25-cv-944-DPM

**DOLLAR GENERAL CORPORATION**  DEFENDANT

## ORDER

Hunter filed an amended complaint that provides more details about his discrimination and retaliation claims. *Doc. 5*. The Court must screen it. 28 U.S.C. § 1915(e).

Hunter says that he suffered discrimination because of his status as a veteran. He argues that he was denied reasonable accommodations in violation of Title VII and the Americans with Disabilities Act. *Doc. 5*. Hunter did not seek any accommodations when hired, but he explains that he suffers from mental health issues including a traumatic brain injury with posttraumatic stress disorder. He is also affected by a number of physical issues involving a previously torn Achilles tendon and problems with his right knee, back, and right and left shoulders. It appears that Dollar General knew only about Hunter's Achilles injury. In July 2024, Dollar General told him to leave work when Hunter asked to be excused from required workplace stretching. Hunter feared he would aggravate that injury. He says that,

rather than reassign him to a different, unidentified position, he was "forced on unpaid leave," and told he could return to work once his disability restrictions were lifted. Hunter explained that he was permanently disabled and would require accommodations. He was placed on leave and fired in August 2024 for taking an unapproved absence.

Hunter's discrimination claim is dismissed because veterans are not a protected class identified under Title VII. 42 U.S.C.A. § 2000e *et seq.*; *see also Johnson v. Potter*, 2007 WL 4218976, at *2 (E.D. Mo. 29 November 2007). However, he states an ADA claim about his Achilless injury. Hunter made Dollar General aware that he had an Achilles injury, sought excusal from exercise or a position change, and was denied both. All other claims are dismissed as insufficiently pleaded. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

The Court directs the Clerk to issue summons for Dolgencorp, LLC, d/b/a Dollar General, and deliver it, along with a copy of the complaint, amended complaint, the screening Order, and this Order to the United States Marshal for service. The Marshal must serve process on Dolgencorp's registered agent, Corporation Service Company, 300 South Spring Street, Suite 900, Little Rock, Arkansas 72201.

-3-

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2025