# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DENORVELL J. HUNTER**                                                   **PLAINTIFF**

**v.**                                  **No. 4:25-cv-944-DPM**

**DOLLAR GENERAL CORPORATION**                          **DEFENDANT**

### ORDER

Joint status report, *Doc. 16*, appreciated.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 July 2026